UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

ELIJA Y.[1],

    Plaintiff,

v.

FRANK BISIGNANO [2],
Commissioner of Social Security,

    Defendant.

Case No. 24-CV-3788 (NEB/DJF)

ORDER ACCEPTING REPORT AND RECOMMENDATION

---

The Court has received the August 8, 2025 Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 13.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

    1.    The Report and Recommendation (ECF No. 13) is ACCEPTED;

---

[1] This District has adopted a policy of using only the first name and last initial of any nongovernmental parties in orders in Social Security matters.

[2] Frank Bisignano became Commissioner of Social Security on May 6, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure and the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), the Court substitutes Frank Bisignano as Defendant here.

2. Plaintiff's request for relief (ECF No. 9) is DENIED;

3. Defendant's request for relief (ECF No. 11) is GRANTED; and

4. This matter is DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: September 3, 2025                                    BY THE COURT:

                                                            s/Nancy E. Brasel
                                                            Nancy E. Brasel
                                                            United States District Judge